**DENY; and Opinion Filed August 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01096-CV

### IN RE NEILA FLOREY, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. 12-1362-P2**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Fillmore

Relator filed this petition for writ of mandamus requesting that the Court direct the trial court to vacate its July 9, 2014 order overruling relator's objections to various deposition questions, vacate the trial court's findings of fact with regard to the order, deny the real party's motion to compel a continuation of relator's deposition, and prohibit inquiry into or introduction of any evidence at trial or at hearings concerning various communications that relator contends are privileged. The facts and issues are well-known to the parties, so we do not recount them here.

Although relator has provided an appendix in support of her petition for writ of mandamus, the appendix does not comply with rule 52.3(k) of the Texas Rules of Appellate Procedure. Rule 52.3(k) requires that the appendix contain "a certified or sworn copy of any order complained of, or any other document showing the matter complained of." TEX. R. APP. P. 52.3(k). The documents attached to relator's petition are not sworn or certified copies as required

by rule 52.3(k). Because relator has failed to authenticate the mandamus record as required by the rules of appellate procedure, she has failed to establish her right to relief. TEX. R. APP. P. 52.8. Accordingly, we deny the petition.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

141096F.P05